CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
    San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
    San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Scherer**, <br><br> Plaintiff, <br><br> v. <br><br> **Antonio Garcia,** in his individual and representative capacity as trustee; <br> **Lilia Garcia,** in his individual and representative capacity as trustee; <br> **El Taco Llama, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | Case 2:17-CV-01079-DMG-RAO <br><br> **Plaintiff's Application for Default Judgment by Court Against Antonio Garcia, Lilia Garcia, and El Taco Llama, Inc.** <br><br> Date:  June 23, 2017 <br> Time:  9:30 a.m. <br> Ctrm:  8C |

To Defendants Antonio Garcia, Lilia Garcia, and El Taco Llama, Inc., and the attorneys of record, if any:  Please take notice that on June 23, 2017, at 9:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West 1st Street, Los Angeles, California. Plaintiff Gary Scherer will present his application for default judgment against defendants Antonio Garcia, Lilia Garcia, and El Taco Llama, Inc. The Clerk has previously entered the default on defendants Antonio Garcia, Lilia Garcia, and El Taco Llama, Inc., on April 19, 2017.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendants Antonio Garcia, Lilia Garcia, and El Taco Llama, Inc., are not minors or incompetent persons or in military service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendants Antonio Garcia, Lilia Garcia, and El Taco Llama, Inc.,, have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $4,605.00 in attorney fees and costs as set forth in the attached declaration of Russell Handy and an Order directing the defendant to: provide compliant accessible paths of travel, an accessible transaction counter and an accessible restroom at the property located at or about 11511 Sherman Way, North Hollywood, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants Antonio Garcia, Lilia Garcia, and El Taco Llama, Inc., on May 19, 2017, by first class United States Mail, postage prepaid.

Dated: May 11, 2017                    CENTER FOR DISABILITY ACCESS

                                       By: /s/ Russell Handy
                                       Russell Handy, Esq.
                                       Attorneys for Plaintiff