| Case No. | **CV 17-1079-DMG (RAOx)** | Date | June 20, 2017 |
|---|---|---|---|

| Title | *Gary Scherer v. Antonio Garcia, et al.* | Page | 1 of 1 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of the parties' notice of settlement, filed June 19, 2017, indicating that the case has settled in its entirety, this action is placed in inactive status.

By August 21, 2017 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of August 22, 2017.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Plaintiff's Application for Default Judgment [Doc. # 23] is DENIED as moot. The June 23, 2017 hearing is VACATED.

IT IS SO ORDERED.